Not for Publication

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GREGORY SHERRILL,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF HOBOKEN,** *et al.*,<br><br>Defendants. | Civil Action No. 16-3092 (ES) (MAH)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is Defendants' motion to dismiss Plaintiff's Sixth Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.E. No. 105); and the Court having considered the parties' submissions and having decided the motion without oral argument, Fed. R. Civ. P. 78(b); and for the reasons stated in the Court's accompanying Opinion;

IT IS on this 6th day of January 2020,

**ORDERED** that Defendants' motion to dismiss is GRANTED-in-part and DENIED-in-part; and it is further

**ORDERED** that Plaintiff's federal claims (Counts Six to Eleven) are dismissed *with prejudice*; and it is further

**ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims and remands the same to the Superior Court of New Jersey, Law Division, Hudson County; and it is further

**ORDERED** that the Clerk of Court CLOSE this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**