UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1251

_____

GREGORY SHERRILL,
                              Appellant

v.

CITY OF HOBOKEN; MAYOR DAWN ZIMMER; JOHN MORGAN; HECTOR MOJICO; TIA BRYANT; MELISSA LONGO; JOHN TOOKE; MICHAEL KORMAN; QUENTIN WIEST; KIMBERLEY WILSON; NITA RAVAL; JOHN DOE 1-10, Who are fictitiously named because their true identities are unknown; ALYSIA WALSH, (PROKO)

_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 2:16-cv-03092)
District Judge: Hon. Esther Salas

_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
on September 23, 2021

Before: CHAGARES, HARDIMAN, and MATEY, *Circuit Judges*.

_____

JUDGMENT

_____

This cause came to be considered on appeal from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on September 23, 2021. On consideration whereof, it is now **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on January 7, 2020 is hereby **AFFIRMED**. Costs taxed against Appellant.

All of the above in accordance with the Opinion of the Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: September 30, 2021